IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-417-P |
| | § | |
| DALLAS AREA RAPID TRANSIT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed no objections, however, he filed motions for voluntary dismissal on October 6, 2014 and October 20, 2014. The motions for voluntary dismissal are denied. However, the Court notes that Plaintiff's claims based on the Texas Constitution are dismissed without prejudice. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's Section 1983 claims are summarily dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), and the Court declines to exercise supplemental jurisdiction over his claims under the Texas constitution.

SO ORDERED this 10th day of November, 2014

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE